IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PERRION BLUFORD,

    Defendant.

4:23-CR-3056

ORDER

IT IS ORDERED:

1. The defendant shall be present for the January 12, 2024 hearing on his motion to withdraw his plea (filing 55).

2. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 22nd day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge