IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PERRION BLUFORD,<br><br>  Defendant. | 4:23-CR-3056<br><br>ORDER |

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (filing 70) is granted.

2. The forfeiture allegation of the Indictment (filing 1) is dismissed.

Dated this 15th day of February, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge